# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No. 5:26-cr-016-HDM-HNJ** |
| | ) | |
| **JONATHAN MATTHEW CAGLE** | ) | |

## MOTION TO WITHDRAW BY THE
## OFFICE OF THE FEDERAL PUBLIC DEFENDER

COMES NOW KEVIN L. BUTLER, Federal Public Defender for the Northern District of Alabama, and respectfully moves the Court to withdraw from representation of Mr. Jonathan Matthew Cagle. Attorney Michael W. Whisonant entered his notice of appearance (Doc. 25) on behalf of Mr. Cagle.

WHEREFORE, KEVIN L. BUTLER, Federal Public Defender for the Northern District of Alabama, respectfully requests an order relieving the office of the Federal Public Defenders as counsel of record.

Respectfully submitted,

Kevin L. Butler
Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
205-208-7170
kevin_butler@fd.org

## CERTIFICATE OF SERVICE

I certify that on March 11, 2026 the foregoing was filed with the Clerk of Court and docketed electronically using the Court's CM/ECF system, which will provide notice to counsel of record.

*/s/ Kevin L. Butler*
Kevin L. Butler
Federal Public Defender