FILED
2026 May-19  PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) **Case No. 5:26-cr-00016-HDM-HNJ-1** |
| | ) |
| **JONATHAN MATTHEW CAGLE,** | ) |
| | ) |
| **Defendant.** | ) |

### AMENDMENT TO PRIOR MOTION SUBSTITUTING PROPOSED THIRD-PARTY CUSTODIAN

COMES NOW, Jonathan Matthew Cagle, by and through undersigned counsel, and respectfully moves this Honorable Court to reopen the detention hearing pursuant to 18 U.S.C. § 3142(f). In support of this motion, Mr. Cagle states as follows:

1. In Mr. Cagle's Motion for Detention Hearing, Ms. Linda Wolf was proposed to serve as a third- party custodian. Doc.29.  The defense would move this Honorable Court to substitute Ms. Linda Wolf for Ms. Vicki Jones Sanger as a viable third- party custodian.

WHEREFORE, PREMISES CONSIDERED, Mr. Cagle respectfully requests that this Honorable Court hold a detention hearing pursuant to 18 U.S.C. § 3142(f),

RESPECTFULLY SUBMITTED,

*l/s Michael W. Whisonant, Jr.*
MICHAEL W. WHISONANT, JR.

OF COUNSEL:
Jaffe, Hanle, Whisonant & Knight, P.C.
2320 Arlington Ave. S.
Birmingham, AL 35205
Phone: 205-930-9800
mwhisonant@rjaffelaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of May 2026 served a copy of the foregoing by electronically filing to all parties involved.

_l/s Michael W. Whisonant, Jr._
MICHAEL W. WHISONANT, JR.