FILED

2026 Jun-10  PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **)** |
| | **)** |
| **v.** | **) Case No.** |
| | **) 5:26-cr-00016-HDM-HNJ-1** |
| | **)** |
| **JONATHAN MATTHEW CAGLE,** | **)** |
| | **)** |
| **Defendant.** | **)** |

## MOTION TO WITHDRAW

COMES NOW, Michael Whisonant, Jr., counsel for Defendant Jonathan Cagle, and respectfully moves this Honorable Court for leave to withdraw as counsel of record in this matter. In support of this Motion, counsel states as follows:

1. Michael Whisonant, Jr. currently serves as counsel of record for Defendant Jonathan Cagle in the above-captioned case.

2. Since the commencement of the representation, an irreconcilable breakdown has occurred in the attorney-client relationship between counsel and Defendant.

3. Counsel and Defendant have fundamental disagreements concerning the manner in which the defense should be conducted with respect to the allegations contained in the Indictment.

4. As a result of these disagreements, the attorney-client relationship has deteriorated to the point that the mutual trust, confidence, and communication necessary for effective representation no longer exist.

5. Counsel believes that continued representation under these circumstances would materially impair counsel's ability to

effectively represent Defendant and would not serve the interests of justice.

6. Counsel is constrained by obligations of attorney-client privilege and confidentiality and therefore cannot disclose additional details regarding the nature of the breakdown without further order of the Court.

7. This Motion is made in good faith and is not for purposes of delay. In fact, Mr. Cagle would like for this matter to be handled expeditiously so as not to delay existing court dates.

WHEREFORE, PREMISES CONSIDERED, counsel respectfully requests that the Court enter an Order granting leave for Michael Whisonant, Jr. to withdraw as counsel of record for Defendant Jonathan Cagle.

RESPECTFULLY SUBMITTED,

*l/s Michael W. Whisonant, Jr.*
MICHAEL W. WHISONANT, JR.

OF COUNSEL:
Jaffe, Hanle, Whisonant & Knight, P.C.
2320 Arlington Ave. S.
Birmingham, AL 35205
Phone: 205-930-9800
mwhisonant@rjaffelaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of June 2026 served a copy of the foregoing by electronically filing to all parties involved.

*l/s Michael W. Whisonant, Jr.*
MICHAEL W. WHISONANT, JR.