FILED
2026 Jul-07  AM 11:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **No. 5:26-cr-00016-HDM-HNJ** |
| **JONATHAN MATTHEW CAGLE,** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION FOR RENEWAL OF DETENTION HEARING

The Defendant, Jonathan Cagle, by and through his attorney, respectfully moves this Honorable Court to reopen the detention hearing pursuant to 18 U.S.C. § 3142(f). In support of this motion, the Defendant states the following:

1.      Mr. Cagle is charged by Indictment with one count of Cyberstalking, in violation of 18 U.S.C. § 2261(A)(2)(B).

2.      On January 28, 2026, a detention hearing was held at which this Court found that the Government had shown by clear and convincing evidence that the Defendant presents a serious risk that he will post on social media against government officials if he is released on bond and thereby may obstruct justice or that potential posts on social media could escalate into violence. This Court thus ordered the Defendant detained but indicated that the Defendant would be given leave to reopen the detention hearing if he can present a suitable third-party custodian who could provide assurance to the Court that the Defendant will follow the conditions of pretrial release which include staying off of the internet and in particular staying off of social media and reporting any violations to the Court.

3.      Pursuant to 18 U.S.C. § 3142(f), "[t]he hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." The bond statute authorizes release subject to the condition that a defendant "remain in the custody of a designated person, who agrees to assume supervision and to report any violation of a release condition to the court, if the designated person is able reasonably to assure the judicial officer that the person will appear as required and will not pose a danger to the safety of any other person or the community." 18 U.S.C. § 3142(c)(1)(B)(i).

4.      The Defendant's father, Matthew Cagle, is prepared to assume responsibility as a third-party custodian and to comply with any and all conditions imposed by the Court, including supervising Mr. Cagle, ensuring compliance with release conditions, and reporting any violation to the Court.

5.      If released on bond, the Defendant intends to seek employment in an area unrelated to the internet or politics. Such employment would enable the Defendant to help his family during a time financial stress. The Defendant further understands that such employment would be a requirement of the bond.

6.      The Defendant further agrees to participate in counseling with a mental health

professional while on bond. Pretrial Officer Tyler Spaldi told undersigned counsel that he would assist in obtaining such services at a reduced rate. One of the Defendant's relatives has agreed to help cover the costs of professional counseling for the Defendant.

7.     The new information presented in this Motion is relevant to the core issues of bond – whether a combination of release conditions can reasonably assure both Mr. Cagle's appearance and community safety.

WHEREFORE, based on the foregoing, counsel for Defendant Jonathan Cagle respectfully requests that this Honorable Court reopen the detention hearing pursuant to 18 U.S.C. § 3142(f), in light of newly presented information.

Respectfully submitted,

/s/ Leonard C. Goodman
LEONARD C. GOODMAN

Leonard C. Goodman
Attorney at Law
1419 W. Belmont Ave.; Suite One
Chicago, Illinois 60657
(312) 986-1984
ARDC #: 6201243
email: lcgoodrnan@rcn.com

*Local Counsel:*
Anne-Marie Lacy
Attorney at Law
128 Southern Pointe Dr.
Madison, AL 35758
Telephone: 256-759-6618
Bar ID#: 5927C62A
Email: annemarielacy.leighdaniellaw@gmail.com

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed on this 7th day of July, 2026, with the Clerk of the Court using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

 /s/   Leonard C. Goodman
Leonard C. Goodman